1  James Cai, SBN 200189
   SCHEIN & CAI LLP
2  111 West St. John Street, Suite 1250
   San Jose, California 95113
   Telephone: (408) 436-0789
3  Facsimile: (408) 436-0758

4  Attorneys for Plaintiff,
   SILRAY, INC.



IT IS SO ORDERED

Judge James Ware

4/16/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILRAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEO SOLAR POWER CORPORATION, <br><br> Defendant. | Case No.: C 09-1264 JW <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(i)**

Pursuant to F.R.C.P. 41(a)(1)(i) the Plaintiff, Silray, Inc., through its counsel of record the undersigned, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant, Neo Solar Power Corporation.

Dated: April 13, 2009

SCHEIN & CAI LLP

By: _____
James Cai
Attorneys for Plaintiff SILRAY, INC.

**IT IS SO ORDERED:**
The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: April 16, 2009

_____
United States District Judge